**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 21 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ANTHONY BRYANT TILLMAN,           | No. 11-17205                            |
|-----------------------------------|-----------------------------------------|
| Petitioner - Appellant,           | D.C. No. 2:11-cv-01093-LKK-DAD          |
| v.                                | Eastern District of California, Sacramento |
| BOARD OF PAROLE HEARINGS,         |                                         |
| Respondent - Appellee.            | ORDER                                   |

Before:     B. FLETCHER and GRABER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253 (c)(2). All other outstanding motions are denied as moot.

In order for a district court to consider a second or successive 28 U.S.C. § 2254 petition, this court must first authorize the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3). An application in this court for authorization must show that:

(A) the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

(B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and

(ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing

evidence that, but for constitutional error, no reasonable fact finder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

The Clerk shall serve this order and a copy of the standard form application for leave to file a second or successive petition on appellant.